UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 22598
MARK R WOODIN
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

            Debtor
     SSN XXX-XX-5610


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.   The case was filed on 12/01/07 .

     2.   The case was dismissed without confirmation, 02/15/2008.

     3.   The Debtor paid a total of $   1000.00 .

     4.   The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FIRST FRANKLIN | CURRENT MORTG | .00 | .00 | .00 |
| FIRST FRANKLIN | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | SECURED VEHIC | .00 | .00 | 254.34 |
| KENDALL COUNTY COLLECTOR | SECURED | .00 | .00 | .00 |
| PATELCO CREDIT UNION | UNSECURED | NOT FILED | .00 | .00 |
| TRANSPORT FUNDING LLC | SECURED VEHIC | .00 | .00 | 687.66 |
| GIAGNORIO & ROBERTELLI L | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| CREDIT ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| DELL FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| WAL MART | UNSECURED | NOT FILED | .00 | .00 |

              Summary of disbursements:
------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | 942.00 | .00 | .00 | .00 | 942.00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 942.00 | .00 | .00 | .00 | 942.00 |

The Debtor's attorney, JACQUELINE J MONTVILLE        , was allowed $     .00
and was paid $        .00 .

The Trustee received $     58.00 .

Refunds to the Debtor totaled $       .00 .


     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

Dated: 05/21/08                          /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE

                              PAGE  2
        CASE NO. 07 B 22598 MARK R WOODIN